# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John D. Matthews,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-153

Stephen Iyevbele, et al.

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 and April 19, 2011 Orders.

                                                Signed: July 3, 2012

                                                *Frank G. Johns*

                                                Frank G. Johns, Clerk
                                                United States District Court